IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARYELLEN CLEARY | : | CIVIL ACTION |
| v. | : | |
| DAVID MICHAEL & COMPANY | : | NO. 02-4737 |

ORDER

     AND NOW, this      day of June, 2003, after a telephone conference with counsel, it is hereby ORDERED that the joint motion for extension of scheduling order (Document #7) is DENIED, except that the parties may continue discovery beyond June 30, 2003. The case will remain in the August, 2003 trial pool.

                                 BY THE COURT:

                                 _____
                                                            J.