IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Maryellen Cleary | : | CIVIL ACTION |
| | : | |
| | : | |
| v. | : | |
| | : | |
| David Michael & Company | : | NO. 02-CV-4737 |
| | : | |
| | : | |

CONFERENCE ORDER

A Settlement Conference in the above-captioned case will be held on Tuesday, July 15, 2003 at 2:30 p.m. before the Honorable James R. Melinson, Chief United States Magistrate Judge, in Room 3000, U.S. Courthouse, 601 Market Street, Philadelphia, Pa. 19106.

The court assumes that settlement of this case is a real possibility. Counsel are directed to notify the court if this assumption is unwarranted.

**Counsel are directed to arrange to have clients with ultimate authority to settle physically PRESENT in the courtroom for the duration of this conference.**[1] Parties are to remain present until expressly released by the court.

Counsel are further directed to complete the enclosed Settlement Conference Summary to be delivered to Chambers on or before Tuesday, July 7, 2003.

_____

Hon. James R. Melinson
Chief United States Magistrate Judge

Nancy DeLisle, Deputy Clerk
215-597-5316

Date:  July 2, 2003
cc:  Nancy Abrams, Esq.    Raymond A. Kresge, Esq.    Maryellen Cleary (via First Class Mail)

_____

[1] Parties include all persons, corporations or other business entities, and insurance companies with an interest in the case, and each entity with an interest in the case must attend the conference. In the case of corporate or other business entities, the corporate official with ultimate settlement authority is required to attend. Where an insurance company is involved, a representative with ultimate settlement authority is also required to attend.

**SETTLEMENT CONFERENCE SUMMARY**

CAPTION: _____

DISTRICT COURT JUDGE: _____        JURY / NONJURY
                                                                                     **(Circle One)**

       TRIAL/POOL DATE: _____

COUNSEL ATTENDING SETTLEMENT CONFERENCE:

     Name: _____

     Address: _____

     Phone: _____

     Client: _____

CLIENT ATTENDING SETTLEMENT CONFERENCE:

     **Name of Individual with Ultimate Settlement Authority who will be present at the settlement conference (include company and position where applicable):**

_____

MOTIONS PENDING:

_____

_____

_____

OTHER RELEVANT MATTERS:

_____

_____

_____

PRIOR OFFERS / DEMANDS:

_____

_____

## ATTACH SYNOPSIS OF CASE  (LIMITED TO ONE PAGE)